JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DE WALSCHE, | ) | CV 07-2901 GPS (FFMx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| TOGO'S FRANCHISED EATERIES, LLC, | ) | |
| Defendant. | ) | |

In light of this Court's grant of summary judgment for Defendant, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing and judgment is hereby entered for Defendant on all claims for relief.  Defendant may recover its costs.

**IT IS SO ORDERED.**

DATED: July 21, 2008

GEORGE P. SCHIAVELLI
_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1